IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : |
| --- | --- |
| vs. | : CRIMINAL NO. 5:04-CR-105 (HL) |
| WANDA OXENDINE | : |

ORDER

This matter is before the Court on the Government's Motion for Dismissal pursuant to Federal Rule of Criminal Procedure 48a(a). The Government's Motion for Dismissal having been carefully considered, the Court finds that the ends of justice are served by the granting of said motion.

WHEREFORE, the Government's Motion for Dismissal of the pending Indictment is **GRANTED**, and the Indictment is DISMISSED without prejudice.

SO ORDERED, this 15th day of June 2011.

    s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE